COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Service Employees International Union Local 5 v. Professional Janitorial Service of Houston, Inc.

Appellate case number:   01-16-00988-CV

Trial court case number:   2007-27181

Trial court:   61st District Court of Harris County

On January 12, 2017, we issued a notice advising the parties that this appeal was stayed based on the notice of bankruptcy filed by appellant Service Employees International Union Local 5. We also stated that the appeal would remain inactive unless a party successfully moved to reinstate the appeal or to sever the appeal with respect to the bankrupt party. We have received no communications from the parties; however, the clerk's record was received on February 23, 2017.

We direct the parties to file a response **within 10 days** of the date of this order, advising this Court of the status of bankruptcy proceedings.

It is so ORDERED.


Judge's signature: _/s/ Harvey Brown_
                    ☒ Acting individually    ☐ Acting for the Court


Date:  May 17, 2017